**Opinion issued March 5, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00946-CV

———————————

## IN RE BRENHAM NURSING AND REHABILITATION CENTER AND REGENCY IHS OF BRENHAM, LLC, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators Brenham Nursing and Rehabilitation Center and Regency IHS of Brenham, LLC have filed a petition for writ of mandamus requesting that we order the trial court to vacate its order on Plaintiffs' Motion for Court to Establish

Plaintiffs' Standard of Proof.[1]  We **deny** the petition for writ of mandamus. *See* TEX.

R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

---

[1]  The underlying case is *Deborah Lynn Watson, Individually and on Behalf of the Estate of Harold Edward Herrin, II, Madeline Mae Herrin Wilson, Rocky Harold Edwin Herrin, III, William Roy Herrin, and Bobby Jack Herrin v. Brenham Nursing and Rehabilitation Center and Regency IHS of Brenham, LLC*, cause number 37774, pending in the 21st District Court of Washington County, Texas, the Honorable Carson Campbell presiding.